**Order filed September 2, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-16-00131-CR

————————

**JOHN DAVIS CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 15CR0665

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit No. 1 (DVD).**

The exhibit clerk of the 10th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit No. 1 (DVD), on or before **September 9, 2016.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit No. 1 (DVD), to the clerk of the 10th District Court.

PER CURIAM